IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LIONEL CAFFEY, #280067, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-832-WHA |
| | ) |
| | ) |
| SGT. SANDERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 27) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 28th day of April, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE